UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

**04-60232**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**CIV-UNGARO-BENAGES**

FIFTY THOUSAND DOLLARS ($50,000.00)
OF DRUG PROCEEDS.

MAGISTRATE JUDGE
BROWN

Defendant.
_____/

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture In Rem and in support alleges that:

1. This is a civil action for forfeiture In Rem against Fifty Thousand Dollars ($50,000.00) in United States currency, on deposit with Guliver Academy, Miami, Florida.

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.

3. This Court has venue over the defendant currency pursuant to Title 28 U.S.C. §1395(a) and (b).

4. The defendant currency is forfeitable pursuant to Title 21 U.S.C. §881(a)(6) as narcotics proceeds, money, negotiable instruments or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance and/or property traceable to such an exchange and/or as narcotics proceeds used or intended to be used to facilitate a violation of 21 U.S.C. §801 et. seq.

5. The defendant currency represents proceeds from the narcotics activities of Jeffrey



Tobin, who is currently a fugitive in the case of <u>United States v Jeffrey Tobin, et al.</u>, Case No. 04-60006-Cr-Cohn, where he was indicted on charges of, among other things, engaging in a RICO conspiracy/enterprise with racketeering activities ranging from distribution of importation in excess of 1,000 kilograms of marijuana, laundering of monetary instruments, engaging in monetary transactions in property derived from specified unlawful activity acts or threats involving murder indictable under Section 782.04 of the Florida Statutes, acts relating to obstruction of justice, etc.

6. Tobin's indictment also includes forfeiture allegations seeking to forfeit any and all assets, such as the defendant currency, acquired with proceeds derived from his narcotics transactions and/or assets used or attempted to be used to facilitate the narcotics transactions/violations. The forfeiture allegations seek an $80,000,000.00 (Eighty Million dollars) money judgment representing the amount of proceeds obtained by defendants during their conspiracy. <u>See</u>. Also the Bill of Particulars. Attached as Exhibit One (identifying specific property/substitute assets) of Jeffrey Tobin.

7. The defendant currency was deposited by Tobin as tuition for his children's schooling at Gulliver Acedemy, a school in Miami-Dade County, Florida. The proceeds are currently in the custody of the Academy.

8. Since the early 1990s, Jeffrey Tobin, along with others, has been engaged in the purchase and distribution of large quantities of marijuana in South Florida, New York, California, and elsewhere.

9. From 1991 though 1993, Tobin, and his associates made approximately $9,000,000.00 (Nine million dollars) from their marijuana sales. Tobin's marijuana distribution continued throughout the 1990's and into the early 2000's. In 1996, on two occasions, Tobin gave

one of his drivers over $1,250,000.00 in cash to be delivered to an associate, to cover expenses of his narcotics operations. From 1991 to the present, the organization has distributed marijuana worth approximately $80,000,000.00 (Eighty Million dollars).

10. Tobin has no legitimate source of income to justify the acquisition of his current assets, including the defendant currency, and to support his lifestyle.

11. The defendant currency is forfeitable pursuant to Title 21 U.S.C. §881(a)(6) as narcotics proceeds, money, negotiable instruments or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance, and/or property traceable to such an exchanges and/or as narcotics proceeds used or intended to be used to facilitate a violation of 21 U.S.C. §801 et. seq.

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and maritime Claims issue against the defendant currency, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, and that this Court decree the condemnation and forfeiture of the

defendant currency to the United States and that plaintiff have such other and further relief as may be just and proper.

                          Respectively submitted,

                          MARCOS DANIEL JIMENEZ
                          UNITED STATES ATTORNEY

BY: _____
     WILLIAM H. BECKERLEG, JR.
     ASSISTANT U.S. ATTORNEY
     500 E. Broward Blvd., Suite 700
     Ft. Lauderdale, Florida 33394
     Tel: (954) 356-7314 ext. 3614
     Fax: (954) 356-7180
     Fla Bar No. A550007

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I , Christopher R. Derrickson, Special Agent for the Federal Bureau of Investigation, have read to foregoing Verified Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
CHRISTOPHER R. DERRICKSON
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States of America

**CIV-UNGARO-BENAGES**

### (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**04-60232**

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
WILLIAM H. BECKERLEG, JR.
500 E. BROWARD BLVD., SUITE 700
Ft. LAUDERDALE, FL 33394

**MAGISTRATE JUDGE BROWN**

## DEFENDANTS

FIFTY THOUSAND DOLLARS ($50,000.00) OF DRUG PROCEEDS.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- 2 U.S Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | B 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | B ✓625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | A PROPERTY RIGHTS | B 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | PERSONAL PROPERTY | 640 R R & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 650 Airline Regs | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl Veterans) | 345 Marine Product Liability | 371 Truth in Lending | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal Property Damage | B 690 Other | B SOCIAL SECURITY | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | A LABOR | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | | 710 Fair Labor Standards Act | 862 Black Lung (923) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | 864 SSID Title XVI | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | B 510 Motions to Vacate Sentence | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 740 Railway Labor Act | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | B 530 General | 790 Other Labor Litigation | A 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | A 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | B 540 Mandamus & Other | A 791 Empl Ret Inc Security Act | A 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions A OR B |
| 290 All Other Real Property | | B 550 Civil Rights | | | |
| | | B 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

TITLE 21, UNITED STATES CODE, SECTION 881 (a) (6) PROCEEDS

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES [X] NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 2-20-4

SIGNATURE OF ATTORNEY OF RECORD
WILLIAM H. BECKERLEG, JR.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc